UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDDIE RICHARDS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-0273** |
| **RHONDA WALLACE, ET AL** | **SECTION "B"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Eddie Richards's **Motion to Strike and Remand Pleadings to State Court (Rec. Doc. 16)** is **GRANTED** and the case is **REMANDED** to the 22nd Judicial District Court of Washington Parish, Louisiana,

**IT IS FURTHER ORDERED** that defendant Louisiana State's, through the Louisiana Department of Corrections and Public Safety, **First Motion to Dismiss for Failure to State a Claim (Rec. Doc. 17)**, Richards's **Second Motion to Strike (Rec. Doc. 18)**, and Richards's **Motion for Judgment on Pleadings (Rec. Doc. 25)** are **DENIED** as **MOOT** as no federal law claims remain for the Court to have subject matter jurisdiction over and all motions have been disposed of.

New Orleans, Louisiana, this 30th day of July, 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE